PHILLIP A. TALBERT
United States Attorney
KEVIN C. KHASIGIAN
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:24-MC-00012-DJC-AC |
| Plaintiff, | |
| v. | STIPULATION AND ORDER EXTENDING TIME FOR FILING A COMPLAINT FOR FORFEITURE AND/OR TO OBTAIN AN INDICTMENT ALLEGING FORFEITURE |
| APPROXIMATELY $6,700.00 IN U.S. CURRENCY, | |
| Defendant. | |

It is hereby stipulated by and between the United States of America and potential claimant Daniel Paiz ("claimant"), by and through their respective counsel, as follows:

1.      On or about October 16, 2023, claimant filed a claim in the administrative forfeiture proceeding with the U.S. Postal Inspection Service with respect to the Approximately $6,700.00 in U.S. Currency (hereafter "defendant currency"), which was seized on August 2, 2023.

2.      The U.S. Postal Inspection Service has sent the written notice of intent to forfeit required by 18 U.S.C. § 983(a)(1)(A) to all known interested parties.  The time has expired for any person to file a claim to the defendant currency under 18 U.S.C. § 983(a)(2)(A)-(E), and no person other than claimant has filed a claim to the defendant currency as required by law in the administrative forfeiture proceeding.

3.      Under 18 U.S.C. § 983(a)(3)(A), the United States is required to file a complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture within ninety days after a claim has been filed in the administrative

forfeiture proceeding, unless the court extends the deadline for good cause shown or by agreement of the parties.  That deadline was January 12, 2024.

4.     By Stipulation and Order filed on January 11, 2024, the parties stipulated to extend to March 12, 2024, the time in which the United States is required to file a civil complaint for forfeiture against the defendant funds and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

5.     By Stipulation and Order filed on March 5, 2024, the parties stipulated to extend to June 10, 2024, the time in which the United States is required to file a civil complaint for forfeiture against the defendant funds and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

6.     As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish by agreement to further extend to September 6, 2024, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

7.     Accordingly, the parties agree that the deadline by which the United States shall be required to file a complaint for forfeiture against the defendant currency and/or to obtain an indictment

///
///
///
///
///
///
///
///
///
///
///
///

1  alleging that the defendant currency is subject to forfeiture shall be extended to September 6, 2024.

2  Dated: 5/31/2024                              PHILLIP A. TALBERT
                                                 United States Attorney
3
                                          By:    /s/ Kevin C. Khasigian
4                                                KEVIN C. KHASIGIAN
                                                 Assistant U.S. Attorney
5

6  Dated: 5/30/2024                              /s/ Jacek W. Lentz
                                                 JACEK W. LENTZ
7                                                Attorney for potential claimant
                                                 Daniel Paiz
8
                                                 (Signature authorized by email)
9

10

11      **IT IS SO ORDERED**.

12

13  Dated:  May 31, 2024                    /s/ Daniel J. Calabretta
                                            THE HONORABLE DANIEL J. CALABRETTA
14                                          UNITED STATES DISTRICT JUDGE

15

16

17

18

19

20

21

22

23

24

25

26

27

28